In the Matter of the Denial of
Disability Retirement Allowances of

SUTTON et al,
*Petitioners,*

*v.*

PUBLIC EMPLOYES' RETIREMENT BOARD,
*Respondent.*

(D-607, D-711 & S-38383; CA A30434)

702 P2d 1171

Gary K. Jensen, Eugene, argued the cause and filed the brief for petitioners.

Philip Schradle, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and James E. Mountain, Jr., Solicitor General, Salem.

Before Richardson, Presiding Judge, and Warden and Newman, Judges.

PER CURIAM

## PER CURIAM

Petitioners seek judicial review of the Public Employes' Retirement Board's order on reconsideration, which cancelled their disability retirement allowances. ORS 237.195(1).

Petitioners argue at length about the meaning of the disability retirement allowance statutes, ORS 237.171 *et seq.* However, under the express findings PERB made, the cancellation of petitioners' allowances is required by the statutes even as petitioners argue they should be interpreted. They do not challenge the findings.

Affirmed.